**Order entered December 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01248-CV

**CITY OF TERRELL, TEXAS, AND MIKE SIMS, INTERIM CITY MANAGER OF THE CITY OF TERRELL, IN HIS OFFICIAL CAPACITY, Appellants**

**V.**

**FREDERICK GEORGE EDMONDS, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 103352-CC2**

## ORDER

Before the Court is appellees' December 5, 2019 motion to extend the time to file their brief. We **GRANT** the motion and **ORDER** appellees' brief due on or before December 10, 2019.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE